# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

RICHARD P. GAMBINO, ET AL.
*Plaintiff*

v.

Civil Action No.: 1:13-CV-11366-JLT

DEVLIN ELECTRICAL SERVICES, LLC
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Devlin Electrical Services, LLC
199 Weymouth Street, Unit #6
Rockland, MA 02370

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

Kathryn S. Shea
Segal Roitman, LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Chris Danieli
*Signature of Clerk or Deputy Clerk*

**SUMMONS**

ISSUED ON 2013-06-07 11:09:05.0, Acting Clerk USDC DMA

Civil Action No.: **1:13-CV-11366-JLT**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

I left the summons at the individuals residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individuals last known address; or

I served the summons on (name of individual) _____, who is

designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____; or

I returned the summons unexecuted because _____ ; or

Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

_____

Plymouth County Sheriff's Office    22 Cottage Street, Brockton MA  02301    Telephone (508) 580-2110
Plymouth, SS

June 20, 2013

**I hereby certify and return that on 6/18/2013 at 12:45 PM I served a true and attested copy of the Summons, Verified Complaint with Exhibits in this action in the following manner: To wit, by delivering in hand to Rosemary Ward, agent, person in charge at the time of service for Devlin Electrical Services, LLC at 77 Accord Park Drive Unit D-7 Norwell, MA 02061 . Basic Service Fee ($30.00) Conveyance ($1.50) P&H (no mailing) ($1.00) Travel ($14.40) Attest (1 copy) ($5.00) Total: $51.90**

**Deputy Sheriff   Charles Mann**

Deputy Sheriff

## COMMENTS:

NEW ADDRESS FOR DEFENDANT: 77 Accord Park Dr Unit D-7
Norwell, Ma

NEW ADDRESS OBTAINED BY: Tenant at former address

ADDRESS WAS CONFIRMED ☑

DEPUTY SHERIFF: [signature]